## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Edna Cooper,

      Plaintiff,                              Civil No. 08-5857 (RHK/RLE)

vs.                                        **DISQUALIFICATION AND**
                                                **ORDER FOR REASSIGNMENT**

Pfizer, Inc., et al.,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: October 29, 2008

                                                        s/Richard H. Kyle.
                                                        RICHARD H. KYLE
                                                        United States District Judge